FORD ET AL., APPELLANTS, *v.* TALLEY MACHINERY CORPORATION ET AL., APPELLEES.

[Cite as *Ford v. Talley Mach. Corp.* (1994), 68 Ohio St.3d 473.]

(No. 93–295—Submitted February 1, 1994—Decided March 23, 1994.)

*Nurenberg, Plevin, Heller & McCarthy Co., L.P.A., Thomas Mester, Richard L. Demsey* and *Joel Levin,* for appellants.

*Mansour, Gavin, Gerlack & Manos Co., L.P.A., Dale E. Markworth, Robert E. Blackham* and *Eli Manos,* for appellee Talley Machinery Corporation.

---

The judgment of the court of appeals is reversed and the cause is remanded to the trial court on authority of *Hyde v. Reynoldsville Casket Co.* (1994), 68 Ohio St.3d 240, 626 N.E.2d 75.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., concurs separately.

WRIGHT, J., dissents for the reasons stated in his dissenting opinion in *Hyde v. Reynoldsville Casket Co.* (1994), 68 Ohio St.3d 240, 246–250, 626 N.E.2d 75, 79–81.

MOYER, C.J., concurring separately. I concur separately in the judgment entry in the above-styled case. As stated in Justice Wright's dissent in *Hyde v. Reynoldsville Casket Co.* (1994), 68 Ohio St.3d 240, 246–250, 626 N.E.2d 75, 79–81, I do not agree with the law announced in the majority decision. Nevertheless, it is the law on the issue in the above-styled case. As I believe all parties should receive equal application of the law announced by this court, and only for that reason, I concur in the judgment entry.